NORTH SEA DEVELOPMENTS, INC., Appellant, v. WILLIAM SCHOLTZ and JULIUS SCHOLTZ, Respondents.— Judgment, and order dated April 29, 1932, denying motion to set aside the verdict, reversed on the law and the facts and a new trial granted, costs to abide the event, on the ground that the verdict is against the

* Affd., 262 N. Y. —.                    † Revd., 262 N. Y. 234.

weight of the evidence. Appeal from order entered June 29, 1932, dismissed. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.